# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BILLY MACK NICHOLS, JR.**  **PLAINTIFF**
*ADC #092713*

v.                    CASE NO. 2:25-CV-00094-BSM

**RIVERS,** *et al.*                    **DEFENDANTS**

## ORDER

Despite the fact that Billy Nichols, Jr. is no longer failing to prosecute this lawsuit, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 6] is adopted with regard to Nichols's failure to comply with the May 21, 2025 order [Doc. No. 3] requiring him to pay the filing fee and his claims are therefore dismissed without prejudice. Nichols's motion to stay and for injunctive relief [Doc. No. 7] is denied, and the clerk is instructed to close this case.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE