IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY MACK NICHOLS, JR.**  **PLAINTIFF**
*ADC #092713*

v.   CASE NO. 2:25-CV-00094-BSM

**RIVERS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE